IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REYLENE LOPEZ

    Plaintiff,

v.                                                                                  No. 14-cv-1138 SMV/KK

DOMINIC SALAZAR; SALAZAR AUTOSPORTS, LLC;
WESTERN SURETY COMPANY; AND
CREDIT ACCEPTANCE CORPORATION;

    Defendants,

and

WESTERN SURETY COMPANY,

    Crossclaimant,

v.

DOMINIC SALAZAR; SALAZAR AUTOSPORTS, LLC;

    Cross-Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint against Defendant Credit Acceptance Corporation and others on December 14, 2014. [Doc. 1]. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process. More than 120 days have passed, but there is no indication on the record that service of process has been effected with respect to Defendant Credit Acceptance Corporation.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why her claims against Defendant Credit Acceptance Corporation should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiff shall file her response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**